# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Woodrow June Marshall,

                    Petitioner

   v.

Brian Williams, et al.,

                    Respondents

Case No. 2:23-cv-01394-APG-DJA

**ORDER**

[ECF No. 7]

With my last order in this case, I identified several defects in the habeas petition filed by the petitioner, Woodrow June Marshall. ECF No. 5.  I directed Marshall to file an amended petition by November 3, 2023, to correct the defects.  On October 26, 2023, Marshall filed a motion asking for an additional 30-45 days to comply with my order, citing unscheduled prison lockdowns as the reason. ECF No. 7.

Marshall's motion appears to be filed in good faith and not for the purpose of delay.  I THEREFORE ORDER that his motion for extension of time **[ECF No. 7] is GRANTED**. Marshall will have until **December 11, 2023**, to file with the court an amended petition which corrects the deficiencies identified in my previous order (ECF No. 5).  In granting this extension, I make no assurances as to the timeliness of the claims contained in the amended petition.

    Dated: October 31, 2023

_____
U.S. District Judge Andrew P. Gordon