UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| Woodrow June Marshall, | Case No. 2:23-cv-01394-APG-DJA |
|---|---|
| Petitioner | |
| v. | **ORDER** |
| Jeremy Bean, et al., | |
| Respondents | |

I previously entered an order allowing petitioner, Woodrow June Marshall, an opportunity to file an amended petition to correct deficiencies in his initial petition for a writ of habeas corpus (ECF No. 6). ECF No. 5.  Marshall has filed an amended petition. ECF No. 9. Having reviewed the amended petition under Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254, I will order the Clerk to serve the amended petition on respondents and schedule further proceedings.

I THEREFORE ORDER that the Clerk **electronically serve** the amended petition (ECF No. 9)  and a copy of this order on respondents.

I FURTHER ORDER that the that the Clerk is directed to add Aaron D. Ford, Attorney General of the State of Nevada, as counsel for respondents, and provide respondents an electronic copy of all items previously filed in this case by regenerating the Notice of Electronic Filing to the office of the AG only.

I FURTHER ORDER that respondents have until **February 23, 2024**, appear in this action, and to answer or otherwise respond to the amended petition.

I FURTHER ORDER that if respondents file an answer, Marshall will have **60 days** from the date on which the answer is served on him to file and serve a reply.  If respondents file a motion to dismiss, Marshall will have **60 days** from the date on which the motion is served on

him to file and serve a response to the motion to dismiss, and respondents will, thereafter, have **30 days** to file a reply in support of the motion.

      I FURTHER ORDER that any additional state court record exhibits filed herein by either Marshall or respondents must be filed with a separate index of exhibits identifying the exhibits by number. The CM/ECF attachments that are filed further must be identified by the number or numbers of the exhibits in the attachment.

Dated: December 8, 2023

_____
U.S. District Judge Andrew P. Gordon