UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Woodrow June Marshall,<br><br>         Petitioner<br>v.<br><br>Jeremy Bean, et al.,<br><br>         Respondents | Case No. 2:23-cv-01394-APG-DJA<br><br>**Order Granting Motions for Extension of Time**<br><br>[ECF Nos. 29/34] |

Respondents filed a motion to dismiss in response to the amended petition for writ of habeas corpus (ECF No. 9) filed by the petitioner, Woodrow June Marshall. ECF No. 26. In relation to that motion, there are currently two motions for extension of time pending – one filed by Marshall for his response (ECF No. 29) and one filed by respondents for their reply (ECF No. 34). I find that both motions are supported by good cause and will grant them. However, given the length of the respondents' extension and the amount of time the motion to dismiss has been pending, I will not be granting any additional extensions.

I THEREFORE ORDER that the motions for extension of time (ECF Nos. 29/34) are GRANTED *nunc pro tunc* as of their respective filing dates. Respondents reply in support of their motion to dismiss (ECF No. 26) is due on **February 12, 2025**. I will not consider a reply filed after that date.

Dated: November 14, 2024

_____
Chief U.S. District Judge Andrew P. Gordon