AARON D. FORD
  Attorney General
LESLIE A. HEALER (Bar No. 16710)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
100 N. Carson St.
Carson City, NV 89701
(775) 684-1203 (phone)
(775) 684-1108 (fax)
lhealer@ag.nv.gov
*Attorneys for Respondent*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WOODROW JUNE MARSHALL, | Case No.: 2:23-cv-01394-APG-DJA |
| Petitioner, | **MOTION FOR ENLARGEMENT OF TIME TO ANSWER REMAINING CLAIMS OF AMENDED PETITION FOR WRIT OF HABEAS CORPUS (ECF NO. 9) (FIRST REQUEST)** |
| vs. | |
| JEREMY BEAN, *et al.,* | |
| Respondents. | |

Respondents, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, hereby respectfully move this Court for a sixty (60) day enlargement of time, to and July 15, 2025, in which to file and serve their answer to the remaining claims of the amended petition for writ of habeas corpus (ECF No. 9). This is the first request for enlargement of time for this pleading.

This motion is based upon the provisions of Rule 6(b) of the Federal Rules of Civil Procedure and the attached Declaration of Counsel, as well as all other papers, documents, records, pleadings and other materials on file herein.

This motion is made in good faith and not for the purpose of delay.

RESPECTFULLY SUBMITTED this 16th day of May, 2025.

        AARON D. FORD
        Attorney General

        By: /s/ Leslie A. Healer
           LESLIE A. HEALER (Bar No. 16710)
           Deputy Attorney General

**DECLARATION OF COUNSEL**

I, ERICA F. BERRETT, hereby state, based on personal knowledge and/or information and belief, that the assertions of this declaration are true:

1.      I am a Senior Deputy Attorney General of the Post-Conviction Division of the Nevada Attorney General's Office, and I make this declaration on behalf of Respondents' motion for enlargement of time.

2.      I am responsible for supervising the federal habeas work of Deputy Attorney General Leslie A. Healer, who is the responsible attorney in this matter.

3.      This motion for enlargement of time is made in good faith and not for the purpose of unduly delaying the ultimate disposition of this case.

4.      The answer in this matter is currently due on May 16, 2025. Deputy Healer has been unable with due diligence to timely complete this pleading. Therefore, Respondents are requesting an enlargement of time of 60 days, up to and including July 15, 2025, to file the answer.

5.      Deputy Healer informed me that she has been ill for several days and is also managing her child's illness, including a recent visit to the emergency room. Therefore, Deputy Healer has been unable to complete the answer in this case.

6.      Since this Court entered its order directing Respondents to answer the remaining claims, Deputy Healer has also had other federal habeas matters to attend to, including filing a reply in support of motion to dismiss in *Supranovich v. Hutchings*, 2:21-cv-01269-RFB-BNW; a motion to dismiss in *Kirby v. Breitenbach,* Case No. 3:24-cv-00002-ART-CSD; an answer in *Cepero v. Williams*, Case No. 2:24-cv-01823-APG-MDC;   a reply in support of motion to dismiss in *Sanchez-Rodriguez v. Breitenbach*, Case No. 3:24-cv-00032-ART-CSD; and drafting an answer in *Moore v. Howell*, Case No. 2:21-cv-01639-APG-MDC; as well as working on various state habeas matters.

7.      I have not contacted Petitioner regarding this enlargement of time, as he is *pro se*.

/ / /

/ / /

/ / /

/ / /

1    8.    Accordingly, Respondents respectfully request that this Court grant this motion,

2    allowing Respondents until July 15, 2025, to file the answer.

3        Pursuant to 28 U.S.C. § 1746, Declarant herein certifies, under penalty of perjury, that the

4    foregoing is true and correct.

5        Executed on May 16, 2025.

                                         By: /s/ Erica F. Berrett
6                                           ERICA F. BERRETT (Bar No. 13826)

7

8

9

10

11    IT IS SO ORDERED:

12    Dated:   May 16, 2025

13

14    ANDREW P. GORDON
      CHIEF UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3