**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WOODROW JUNE MARSHALL, | Case No. 2:23-cv-01394-APG-DJA |
| Petitioner, | **Order Directing Petitioner to Update his Address** |
| v. | |
| MANUEL PORTILLO, et al., | |
| Respondents. | |

Orders mailed to petitioner Woodrow Marshall at High Desert State Prison have been returned to the court as undeliverable because he is no longer incarcerated there. ECF Nos. 49, 50. ECF Nos. 49; 50.  The website for the Nevada Department of Corrections states Marshall is incarcerated at Southern Desert Correctional Center (SDCC). *See* NDOC Inmate Search.  The Local Rules of Practice require all parties file written notices of change of address. LR IA 3-1; LR IC 2-1(g). *See also Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) ("A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address.").

I THEREFORE ORDER Marshall to file a notice of change of address within 30 days of the date of this order.

I FURTHER ORDER the Clerk of Court to send a courtesy copy of my order dismissing the petition and the judgment (ECF Nos. 47 and 48) to Marshall at SDCC.

Dated: February 26, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE